**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE:                                          )
                                                )
Desiree Brown                                   )        Case No. _____
                                                )        Chapter   7
                                                )
                        Debtor.                 )

## PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning Date | Ending Date |
|---|---|---|---|
| Debtor | CVS/Aetna | Jan 19, 2026 | March 14, 2026 |
| Debtor | Profit & Loss | March 2026 | March 2026 |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

Date:    April 18, 2026

/s/ Paul J Choate - of Counsel
_____
Signature
Paul J Choate - of Counsel #21136
_____
Name
Attorney for Debtor(s)
_____
Address
Oklahoma City, OK 73107-0000
_____
City, State, and Zip Code
405-529-9377
_____
Telephone Number
405-842-4000
_____
Fax Number
chrismudd@chrismudd.com
_____
Email Address
Counsel for _____

Local Form 1007-1.D                                          Rev. 2/01/2025

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Brown, Desiree

Paystubs · **Open message**

paystub 01.20.2026.pdf

Page 1 of 1

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

| Personal Details | |
|---|---|
| ID | |
| Name | Desiree Brown |
| Home Address | 20520 NE 63RD ST<br>Harrah, OK 73045 |
| Business Name | |
| Company | 4004 Aetna Medicaid Administrators<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 860842559 |
| Department | 0000792875 SO Call PCC MCD |
| Location | Work At Home-Oklahoma |
| Pay Rate | 18.50 |
| Basis of Pay | Hourly |

| Payroll Details | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Jan 18, 2026 |
| Pay End Date | Jan 31, 2026 |
| Reference Number | 024325948 |
| Pay Date | Feb 6, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Single |
| Allowances | 0.00 | 3.00 |
| Additional Withholding | 0.00 | 0.00 |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.1 | 1,333.85 | 0.00 | 178.54 | 0.00 | 1,155.31 |
| YTD | | 1,333.85 | 0.00 | 178.54 | 0.00 | 1,155.31 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | | Dates | Hours | Rate | Amount | YTD Amount |
| Regular Pay | | 01/20/2026 - 01/24/2026 | 32.10 | 18.50 | 593.85 | |
| Regular Pay | | 01/25/2026 - 01/31/2026 | 40.00 | 18.50 | 740.00 | 1,333.85 |
| Total Earnings | | | | | 1,333.85 | 1,333.85 |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| OASDI | 82.70 | 82.70 | OASDI - Taxable Wages | 1,333.85 | 1,333.85 |
| Medicare | 19.34 | 19.34 | Medicare - Taxable Wages | 1,333.85 | 1,333.85 |
| Federal Withholding | 40.50 | 40.50 | Federal Withholding - Taxable Wages | 1,333.85 | 1,333.85 |
| State Tax - OK | 36.00 | 36.00 | State Tax Taxable Wages - OK | 1,333.85 | 1,333.85 |
| Total Employee Taxes | 178.54 | 178.54 | | | |

| Absence Plans - Paid Time Off | | | | |
|---|---|---|---|---|
| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
| Floating Holiday | 24.00 | 0.00 | 24.00 | 24.00 |
| myTime | 4.44 | 0.00 | 4.44 | 117.83 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Number | | Amount |
| Chase | | | 1,155.31   USD |

Brown, Desiree
Paystubs · **Open message**

paystub 01.20.2026.pdf
Page 1 of 1

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

| Personal Details | |
|---|---|
| ID | |
| Name | Desiree Brown |
| Home Address | 20520 NE 63RD ST<br>Harrah, OK 73045 |
| Business Name | |
| Company | 4004 Aetna Medicaid Administrators<br>1 CVS Drive<br>Woonsocket, RI 02895<br>BIN#: 860842559 |
| Department | 0000792875 SO Call PCC MCD |
| Location | Work At Home-Oklahoma |
| Pay Rate | 18.50 |
| Basis of Pay | Hourly |

| Payroll Details | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Jan 18, 2026 |
| Pay End Date | Jan 31, 2026 |
| Reference Number | 024325948 |
| Pay Date | Feb 6, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Single |
| Allowances | 0.00 | 3.00 |
| Additional Withholding | 0.00 | 0.00 |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.1 | 1,333.85 | 0.00 | 178.54 | 0.00 | 1,155.31 |
| YTD | | 1,333.85 | 0.00 | 178.54 | 0.00 | 1,155.31 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | | | Dates | Hours | Rate | Amount | YTD Amount |
| Regular Pay | | | 01/20/2026 - 01/24/2026 | 32.10 | 18.50 | 593.85 | |
| Regular Pay | | | 01/25/2026 - 01/31/2026 | 40.00 | 18.50 | 740.00 | 1,333.85 |
| Total Earnings | | | | | | 1,333.85 | 1,333.85 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 82.70 | 82.70 |
| Medicare | 19.34 | 19.34 |
| Federal Withholding | 40.50 | 40.50 |
| State Tax - OK | 36.00 | 36.00 |
| Total Employee Taxes | 178.54 | 178.54 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,333.85 | 1,333.85 |
| Medicare - Taxable Wages | 1,333.85 | 1,333.85 |
| Federal Withholding - Taxable Wages | 1,333.85 | 1,333.85 |
| State Tax Taxable Wages - OK | 1,333.85 | 1,333.85 |

| Absence Plans - Paid Time Off | | | | |
|---|---|---|---|---|
| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
| Floating Holiday | 24.00 | 0.00 | 24.00 | 24.00 |
| myTime | 4.44 | 0.00 | 4.44 | 117.83 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Number | | Amount |
| Chase | | | 1,155.31  USD |

Brown, Desiree

Paystubs · **Open message**

paystub 02.01.2026.pdf

Page 1 of 1

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

**Personal Details**

| | |
|---|---|
| ID | |
| Name | Desiree Brown |
| Home Address | 20520 NE 63RD ST |
| | Harrah, OK 73045 |
| Business Name | |
| Company | 4004 Aetna Medicaid Administrators |
| | 1 CVS Drive |
| | Woonsocket, RI 02895 |
| | BIN#: 860842559 |
| Department | 0000792875 SO Call PCC MCD |
| Location | Work At Home-Oklahoma |
| Pay Rate | 18.50 |
| Basis of Pay | Hourly |

**Payroll Details**

| | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Feb 1, 2026 |
| Pay End Date | Feb 14, 2026 |
| Reference Number | 024629167 |
| Pay Date | Feb 20, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Single |
| Allowances | 0.00 | 3.00 |
| Additional Withholding | 0.00 | 0.00 |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80 | 1,480.00 | 48.44 | 199.79 | 9.98 | 1,221.79 |
| YTD | | 2,813.85 | 48.44 | 378.33 | 9.98 | 2,377.10 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | 02/01/2026 - 02/07/2026 | 40.00 | 18.50 | 740.00 | |
| Regular Pay | 02/08/2026 - 02/14/2026 | 40.00 | 18.50 | 740.00 | 2,813.85 |
| Total Earnings | | | | 1,480.00 | 2,813.85 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 88.76 | 171.46 |
| Medicare | 20.76 | 40.10 |
| Federal Withholding | 50.27 | 90.77 |
| State Tax - OK | 40.00 | 76.00 |
| Total Employee Taxes | 199.79 | 378.33 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,431.56 | 2,765.41 |
| Medicare - Taxable Wages | 1,431.56 | 2,765.41 |
| Federal Withholding - Taxable Wages | 1,431.56 | 2,765.41 |
| State Tax Taxable Wages - OK | 1,431.56 | 2,765.41 |

**Pre Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Dental | 20.27 | 20.27 |
| Medical | 20.43 | 20.43 |
| Vision | 7.74 | 7.74 |
| Total Pre Tax Deductions | 48.44 | 48.44 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Critical Illness Insurance | 3.41 | 3.41 |
| Legal Services Plan | 6.57 | 6.57 |
| Total Post Tax Deductions | 9.98 | 9.98 |

**Absence Plans - Paid Time Off**

| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
|---|---|---|---|---|
| Floating Holiday | 24.00 | 0.00 | 24.00 | 24.00 |
| myTime | 9.37 | 0.00 | 9.37 | 117.83 |

**Payment Information**

| Bank | Account Number | Amount |
|---|---|---|
| Chase | | 1,221.79   USD |

Brown, Desiree
Paystubs · **Open message**

paystub 02.15.2026.pdf
Page 1 of 1

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

| Personal Details | |
|---|---|
| ID | |
| Name | Desiree Brown |
| Home Address | 20520 NE 63RD ST |
| | Harrah, OK 73045 |
| Business Name | |
| Company | 4004 Aetna Medicaid Administrators |
| | 1 CVS Drive |
| | Woonsocket, RI 02895 |
| | BIN#: 860842559 |
| Department | 0000792875 SO Call PCC MCD |
| Location | Work At Home-Oklahoma |
| Pay Rate | 18.50 |
| Basis of Pay | Hourly |

| Payroll Details | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Feb 15, 2026 |
| Pay End Date | Feb 28, 2026 |
| Reference Number | 025063699 |
| Pay Date | Mar 6, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Single |
| Allowances | 0.00 | 3.00 |
| Additional Withholding | 0.00 | 0.00 |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 73.05 | 1,351.43 | 48.44 | 171.08 | 9.98 | 1,121.93 |
| YTD | | 4,165.28 | 96.88 | 549.41 | 19.96 | 3,499.03 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | | Dates | Hours | Rate | Amount | YTD Amount |
| Regular Pay | | 02/15/2026 - 02/21/2026 | 39.43 | 18.50 | 729.46 | |
| Regular Pay | | 02/22/2026 - 02/28/2026 | 33.62 | 18.50 | 621.97 | 4,165.28 |
| Total Earnings | | | | | 1,351.43 | 4,165.28 |

| Employee Taxes | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| OASDI | 80.78 | 252.24 | OASDI - Taxable Wages | | 1,302.99 | 4,068.40 |
| Medicare | 18.89 | 58.99 | Medicare - Taxable Wages | | 1,302.99 | 4,068.40 |
| Federal Withholding | 37.41 | 128.18 | Federal Withholding - Taxable Wages | | 1,302.99 | 4,068.40 |
| State Tax - OK | 34.00 | 110.00 | State Tax Taxable Wages - OK | | 1,302.99 | 4,068.40 |
| Total Employee Taxes | 171.08 | 549.41 | | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental | 20.27 | 40.54 | Critical Illness Insurance | 3.41 | 6.82 |
| Medical | 20.43 | 40.86 | Legal Services Plan | 6.57 | 13.14 |
| Vision | 7.74 | 15.48 | | | |
| Total Pre Tax Deductions | 48.44 | 96.88 | Total Post Tax Deductions | 9.98 | 19.96 |

| Absence Plans - Paid Time Off | | | | |
|---|---|---|---|---|
| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
| Floating Holiday | 24.00 | 0.00 | 24.00 | 24.00 |
| myTime | 13.87 | 0.00 | 13.87 | 117.40 |

| Payment Information | | |
|---|---|---|
| Bank | Account Number | Amount |
| Chase | | 1,121.93   USD |

Brown, Desiree

Paystubs · **Open message**

paystub 03.01.2026.pdf

Page 1 of 1

CVS Health: HR Service Center, Toll-free Number 1-888-694-7287

Payslip

| Personal Details | |
|---|---|
| ID | |
| Name | Desiree Brown |
| Home Address | 20520 NE 63RD ST |
| | Harrah, OK 73045 |
| Business Name | |
| Company | 4004 Aetna Medicald Administrators |
| | 1 CVS Drive |
| | Woonsocket, RI 02895 |
| | BIN#: 860842559 |
| Department | 0000792875 SO Call PCC MCD |
| Location | Work At Home-Oklahoma |
| Pay Rate | 18.50 |
| Basis of Pay | Hourly |

| Payroll Details | |
|---|---|
| Pay Group | Bi-Weekly |
| Pay Begin Date | Mar 1, 2026 |
| Pay End Date | Mar 14, 2026 |
| Reference Number | 025742416 |
| Pay Date | Mar 20, 2026 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Single |
| Allowances | 0.00 | 3.00 |
| Additional Withholding | 0.00 | 0.00 |

Employees may cash checks at any JPMorgan Chase branch. For current time off balances including paid sick leave or paid time off provided in lieu of sick time, visit Colleague Zone.

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80 | 1,480.00 | 48.44 | 199.79 | 9.98 | 1,221.79 |
| YTD | | 5,645.28 | 145.32 | 749.20 | 29.94 | 4,720.82 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Amount |
| Regular Pay | 03/01/2026 - 03/07/2026 | 40.00 | 18.50 | 740.00 | |
| Regular Pay | 03/08/2026 - 03/14/2026 | 40.00 | 18.50 | 740.00 | 5,645.28 |
| Total Earnings | | | | 1,480.00 | 5,645.28 |

| Employee Taxes | Amount | YTD |
|---|---|---|
| Description | | |
| OASDI | 88.76 | 341.00 |
| Medicare | 20.76 | 79.75 |
| Federal Withholding | 50.27 | 178.45 |
| State Tax - OK | 40.00 | 150.00 |
| Total Employee Taxes | 199.79 | 749.20 |

| Taxable Wages | Amount | YTD |
|---|---|---|
| Description | | |
| OASDI - Taxable Wages | 1,431.56 | 5,499.96 |
| Medicare - Taxable Wages | 1,431.56 | 5,499.96 |
| Federal Withholding - Taxable Wages | 1,431.56 | 5,499.96 |
| State Tax Taxable Wages - OK | 1,431.56 | 5,499.96 |

| Pre Tax Deductions | Amount | YTD |
|---|---|---|
| Description | | |
| Dental | 20.27 | 60.81 |
| Medical | 20.43 | 61.29 |
| Vision | 7.74 | 23.22 |
| Total Pre Tax Deductions | 48.44 | 145.32 |

| Post Tax Deductions | Amount | YTD |
|---|---|---|
| Description | | |
| Critical Illness Insurance | 3.41 | 10.23 |
| Legal Services Plan | 6.57 | 19.71 |
| Total Post Tax Deductions | 9.98 | 29.94 |

| Absence Plans - Paid Time Off | | | |
|---|---|---|---|
| Description | Accrued YTD | Taken YTD | Accrued Balance | Available Balance |
| Floating Holiday | 24.00 | 0.00 | 24.00 | 24.00 |
| myTime | 18.80 | 0.00 | 18.80 | 117.40 |

| Payment Information | | |
|---|---|---|
| Bank | Account Number | Amount |
| Chase | | 1,221.79   USD |

Profit & Loss Statement
For _Squeaky Dees Carpet, furniture, upholstery LLC_ (Name of Business)
Month Ending _March 2026_

Income:

1. Your Business Income            $ _3945_
2. Total INCOME                    $ _____

Business Expenses:

3. Advertising/Marketing           $ _30_
4. Credit/Debit Card Fees          $ _0_
5. Equipment Rental/Lease          $ _0_
6. Insurance Expense               $ _143_
7. Licenses/Permits                $ _20_
8. Office Supplies Expense         $ _75_
9. Postage & Delivery              $ _0_
10. Rent – Office/Storage Space, Etc.   $ _0_
11. Supplies/Materials Expense     $ _75_
12. Travel/Entertainment           $ _0_
13. Utilities Expense              $ _0_
14. Vehicle Expense                $ _120_

Other Business Expenses:

15. _Equipment purchase_           $ _250_
16. _____               $ _____
17. _____               $ _____
18. Total Operating Expenses       $ _713_
19. Profit or Loss from Business   $ _3,232._