## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:

Desiree Brown,                                    Case No. 26-_____

                                    Debtor(s).    Chapter 7

### VERIFIED CERTIFICATION OF COUNSEL FOR DEBTOR(S)

I, Paul Choate, counsel of record for the Debtor(s) herein, certify that:

1.     Prior to the above-styled case being filed, I personally reviewed the final draft of the Petition, Schedules, Statement of Financial Affairs and necessary supporting documentation.

2.     Prior to the case being filed, I met with the Debtor(s) personally, by video, by telephone, or by a combination thereof, at which time I (i) reviewed and discussed the contents of the Petition, Schedules, Statement of Financial Affairs, and other documents with the Debtor(s), and (ii) allowed the Debtor(s) full and reasonable opportunity to ask me legal and factual questions, and have each those questions answered.

3.     No costs or expenses were advanced by Chris Mudd & Associates, PLLC (the "**Firm**"), or anyone associated with the Firm, to the Debtor(s).

4.     Neither the Firm, nor anyone associated with the Firm, will collect any amounts post-petition for work or expenses related to the case that were incurred prepetition.

### Statement under Penalty of Perjury
### (In lieu of verification, pursuant to 28 U.S.C. §1746)

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Paul Choate
Ann Mudd, OBA #33982
Paul Choate, OBA #21136
Chris Mudd & Associates, PLLC
3904 NW 23rd Street
Oklahoma City, Oklahoma 73107
chrismudd@chrismudd.com
405-529-9377 - Telephone
405-842-4000 – Facsimile