United States Bankruptcy Court

Western District of Oklahoma

In re:                                                                    Case No. 26-11250-SAH

Desiree Brown                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1087-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: 309A | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Desiree Brown, 6337 NW 63rd Street Apt # 150, Oklahoma City, OK 73132-7419 |
| 7031773 | ++ | ADVANCED COLLECTION BUREAU INC, PO BOX 560063, ROCKLEDGE FL 32956-0063 address filed with court:, Advanced Collection Bureau, Inc., Po Box 560063, Rockledge FL 32956 |
| 7031775 | + | Breit Investment Corp, 5606 A SE 15th Street, Oklahoma City OK 73110-2607 |
| 7031778 | + | Cash Expmidw, 5606 A Se 15th St, Midwest City OK 73110-2607 |
| 7031779 | + | Central Oklahoma College, 14820 Serenita Ave., Oklahoma City OK 73134-2028 |
| 7031782 | + | Courtsey Loan, 1012 S Douglas, Oklahoma City OK 73130-5209 |
| 7031785 | + | Healthcare Express, 1701 S. Douglas Blvd., Oklahoma City OK 73130-6221 |
| 7031786 | + | Ians Enterprise Llc, c/o Amanda R Blackwood, PO Box 6921, Oklahoma City OK 73153-0921 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: paul@chrismudd.com | Apr 20 2026 21:55:00 | Paul Jared Choate, Chris Mudd & Associates, PLLC, 3904 N.W. 23rd St, Oklahoma City, OK 73107 |
| tr | | EDI: QKKRAMER | Apr 21 2026 01:57:00 | Kim Kramer, BK Law PLLC, 123 W 7th Ave Ste 202, Stillwater, OK 74074-4029 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Apr 20 2026 21:56:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Apr 20 2026 21:56:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 7031774 | + | Email/Text: legal@ecaautogroup.com | Apr 20 2026 21:56:00 | Auto Adantage Finance, 4810 NW 39th Street, Oklahoma City OK 73122-2506 |
| 7031776 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 20 2026 21:56:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix AZ 85072-3087 |
| 7031777 | | Email/Text: business.office@cacfinancial.com | Apr 20 2026 21:55:00 | Cac Financial Corp, Attn: Bankruptcy, 2601 Northwest Expressway, Ste 1000e, Oklahoma City OK 73112 |
| 7031780 | + | EDI: JPMORGANCHASE | Apr 21 2026 01:57:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe LA 71203-4774 |
| 7031781 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 20 2026 21:56:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive, Suite 110, Pittsburgh PA 15220-2700 |
| 7031783 | + | EDI: CCS.COM | Apr 21 2026 01:58:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood MA 02062-2679 |
| 7031784 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 20 2026 21:55:00 | Dept Of Education/neln, Po Box 82561, Lincoln NE 68501-2561 |
| 7031787 | + | Email/Text: support@ljross.com | | |

| District/off: 1087-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: 309A | Total Noticed: 23 |

| | | Apr 20 2026 21:55:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson MI 49204-6099 |
|---|---|---|---|
| 7031788 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2026 22:05:13 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville SC 29602-1269 |
| 7031789 | EDI: PRA.COM | Apr 21 2026 01:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 7031790 | + Email/Text: bankruptcy@weokie.org | Apr 20 2026 21:55:00 | WEOKIE FCU, Attn: Bankruptcy Dept, P.O. Box 26090, Oklahoma City OK 73126-0090 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                     Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Desiree Brown** | Social Security number or ITIN | **xxx–xx–2593** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ | |
| | | EIN    _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court    **Western District of Oklahoma** | | Date case filed for chapter  **7   4/18/26** | |
| Case number:   **26–11250** – **SAH** | | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Desiree Brown | | |
| 2. | **All other names used in the last 8 years** | aka Desiree Chas Brown, aka Desiree C Brown | | |
| 3. | **Address** | 6337 NW 63rd Street Apt # 150 Oklahoma City, OK 73132 | | |
| 4. | **Debtor's attorney** Name and address | Paul Jared Choate Chris Mudd & Associates, PLLC 3904 N.W. 23rd St Oklahoma City, OK 73107 | | Contact phone 405–529–9377 Email: paul@chrismudd.com |
| 5. | **Bankruptcy trustee** Name and address | Kim Kramer BK Law PLLC 123 W 7th Ave Ste 202 Stillwater, OK 74074–4029 | | Contact phone 405–377–8185 Email: trustee@okbklaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **1**

Debtor  **Desiree Brown**                                                                                  Case number **26–11250**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am – 4:30pm<br><br>Contact phone (405) 609–5700<br><br>Date: 4/18/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 19, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 303 265 9045, and Passcode 0600197562, OR call 1–405–390–7763**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  7/20/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**