UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                      )
                                            )
DESIREE BROWN,                              )        Case No. 26-11250
                                            )        Chapter 7
                    Debtor.                 )
                                            )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Auto Advantage Finance, LLC, by and through its undersigned attorneys of record, and hereby gives notice of its appearance as a secured creditor and real party of interest in the above-styled bankruptcy proceeding.  Request is made that service of all pleadings and documents required to be noticed pursuant to Fed. R. Bankr. P. 2002 be served upon the undersigned at the address listed below.

Respectfully submitted,

/s/ Emily R. Coughlin

Hugh H. Fudge (OBA# 20487)
Dani L. Schinzing (OBA# 32113)
Emily R. Remmert (OBA# 22110)
Sean A. Nelson (OBA# 30194)
Keith A. Daniels (OBA# 19788)
Robinson, Hoover & Fudge, PLLC
P.O.Box 1748
OKLAHOMA CITY, OK  73101
(405) 232-6464 | (833) 342-0001 Toll Free
coughlin@rhfok.com | (405) 232-6363 fax
Attorneys for Creditor

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing pleading was electronically transmitted to the Clerk of Court using the CM/ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the CM/ECF registrants on file in this case.

/s/ Emily R. Coughlin
Emily R. Coughlin

RHF# 26-2743