**FILED**

JUN 01 2026

DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    )
Desiree Brown                             )
                                          )
                                          )      Case No.   26-11250-SAH_____
                                          )      Chapter    7___
                                          )
                                          )
                    Debtor.               )

☐ **Check if address should also be changed in an adversary proceeding (list all that apply)**

Adversary No. and Title: _____
_____
_____

## NOTICE OF CHANGE OF ADDRESS

**OLD ADDRESS:**      Ians Enterprise Llc _____
                          (Name)

                     PO Box 6921 _____
                          (Street Address or P.O. Box)

                     Oklahoma City OK 73153-0921 _____
                          (City, State, Zip Code)


**NEW ADDRESS:**      Ian's Enterprise LLC _____
                          (Name)

                     9450 SW Gemini Dr Ste 39525 _____
                          (Street Address or P.O. Box)

                     Beaverton, OR 97008-7105 _____
                          (City, State, Zip Code)

Date: 05/21/2026 _____        /s/ Ian Rupert, as manager _____
                                       Creditor's Signature (if pro se)
                                       Printed Name: Ian Rupert for Ian's Enterprise LLC


                                       _____
                                       Joint Debtor's Signature (if pro se and applicable)
                                       Printed Name: _____

Local Form 9010-1.H                                        Rev. 09/01/2024

| Pro se Creditor Signature block | Attorney Signature block |
|---|---|

Pro se Creditor Signature block

9450 SW Gemini Dr Ste 39525
_____
Creditor(s) Address
Beaverton, OR 97008-7105
_____
City, State, and Zip Code
(405) 622-8679
_____
Telephone Number
(405) 622-8677
_____
Fax Number
Support@IansEnterprise.com
_____
Email Address

Attorney Signature block

s/_____

_____
Attorney's Name - Bar Number

_____
Address

_____
City, State, and Zip Code

_____
Telephone Number

_____
Fax Number

_____
Email Address
Counsel for_____

Local Form 9010-1.H                                            Rev. 09/01/2024

0014058279000011

United States Bankruptcy Court
Western District of Oklahoma
215 Dean A. McGee Ave Suite 147
Attn: Court Clerk
Oklahoma City OK 73102
USA