# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: admin | Date Created: 7/27/2026 |
| Case: 26−11250 | Form ID: 318 | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| aty | Emily R Coughlin | Coughlin@rhfok.com |
| aty | Paul Jared Choate | paul@chrismudd.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Desiree Brown 6337 NW 63rd Street Apt # 150 Oklahoma City, OK 73132 |
| tr | Kim Kramer BK Law PLLC 123 W 7th Ave Ste 202 Stillwater, OK 74074−4029 |
| cr | Auto Advantage Finance LLC Emily Coughlin, Attorney for Creditor PO Box 96329 Oklahoma City, OK 73143 |
| cr | Ian's Enterprise LLC 9450 SW Gemini Dr Ste 39525 Beaverton, OR 39525 |
| 7031773 | Advanced Collection Bureau, Inc. Po Box 560063 Rockledge FL 32956 |
| 7031774 | Auto Adantage Finance 4810 NW 39th Street Oklahoma City OK 73122 |
| 7031775 | Breit Investment Corp 5606 A SE 15th Street Oklahoma City OK 73110 |
| 7031776 | Bridgecrest Acceptance Corp Attn: Bankruptcy Po Box 53087 Suite 100 Phoenix AZ 85072 |
| 7031777 | Cac Financial Corp Attn: Bankruptcy 2601 Northwest Expressway, Ste 1000e Oklahoma City OK 73112 |
| 7031778 | Cash Expmidw 5606 A Se 15th St Midwest City OK 73110 |
| 7031779 | Central Oklahoma College 14820 Serenita Ave. Oklahoma City OK 73134 |
| 7031780 | Chase Auto Finance Attn: Bankruptcy 700 Kansas Lane, La4 − 4025 Monroe LA 71203 |
| 7031781 | Collection Management Company Attn: Bankruptcy 661 Andersen Drive, Suite 110 Pittsburgh PA 15220 |
| 7031782 | Courtsey Loan 1012 S Douglas Oklahoma City OK 73130 |
| 7031783 | Credit Coll Attn: Bankruptcy 725 Canton Street Norwood MA 02062 |
| 7031784 | Dept Of Education/neln Po Box 82561 Lincoln NE 68501 |
| 7031785 | Healthcare Express 1701 S. Douglas Blvd. Oklahoma City OK 73130 |
| 7031786 | Ians Enterprise Llc c/o Amanda R Blackwood PO Box 6921 Oklahoma City OK 73153 |
| 7031787 | LJ Ross & Associates Attn: Bankruptcy 4 Universal Way, Po Box 6099 Jackson MI 49204 |
| 7031788 | LVNV Funding LLC/Resurgent Capital Servi Resurgent Correspondence, Attn: Bankrupt Po Box 1269 Greenville SC 29602 |
| 7031789 | Portfolio Recovery Associates, LLC Attn: Bankruptcy 120 Corporate Boulevard Norfolk VA 23502 |
| 7031790 | WEOKIE FCU Attn: Bankruptcy Dept P.O. Box 26090 Oklahoma City OK 73126 |

TOTAL: 22